No. 371.  SHUB *v.* SIMPSON, SECRETARY OF STATE OF MARYLAND, *ante,* p. 861.  The motion to reconsider the motion to advance is denied.

No. 61, Misc.  MYERS *v.* UNITED STATES.  Motion for leave to file petition for writ of certiorari denied.

No. 202, Misc.  MATTISON *v.* PENNSYLVANIA.  Application denied.

No. 203, Misc.  GERRISH *v.* LOVELL, WARDEN.  Motion for leave to file petition for writ of habeas corpus denied.

No. 207, Misc.  BRINK *v.* PENNSYLVANIA.  Application denied.

No. 213, Misc.  HARRIS *v.* SWENSON, WARDEN.  Motion for leave to file petition for writ of habeas corpus denied.

No. 281.  UNITED STATES *v.* ALCEA BAND OF TILLAMOOKS ET AL.  Court of Claims.  Certiorari granted, limited to the first question presented by the petition for the writ, *i. e.:*
"Whether the respondents are entitled to interest since 1855 on the value of the tribal lands.  This depends on whether their claimed compensation rests on the Constitution or on the special jurisdictional act."
*Solicitor General Perlman* for the United States.  *L. A. Gravelle, Edward F. Howrey, Douglas Whitlock* and *John G. Mullen* for respondents.